**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**
Denise Carlon, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
Specialized Loan Servicing LLC, as servicer for U.S.
Bank National Association, as Trustee relating to Chevy
Chase Funding LLC Mortgage Backed Certificates Series
2006-2

In re:
Charles A Smith
April M Smith

Debtors

Chapter: 13

Judge: Christine M. Gravelle

Order Filed on June 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    16-26928 CMG

Recommended Local Form: ☐ Followed ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 28, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of  <u>Specialized Loan Servicing LLC, as servicer for U.S. Bank National</u>

<u>Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-</u>

<u>2</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■        Real Property More Fully Described as:

**Land and premises commonly known as Lot 103-C, Block 2,     79 McDonald Street, Washington, NJ 07882**

☐        Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.