

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2 | Chapter: <u>13</u><br><br>Judge: Christine M. Gravelle<br><br><br>Case No:    16-26928 CMG |
| In re:<br>Charles A Smith<br>April M Smith<br><br>             Debtors | |

Order Filed on June 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☐ Followed | ☐ Modified | |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: June 28, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of  <u>Specialized Loan Servicing LLC, as servicer for U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2</u>, under
Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as Lot 103-C, Block 2,     79 McDonald Street, Washington, NJ 07882**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Charles A Smith  
April M Smith  
    Debtors

Case No. 16-26928-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 28, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.  
db/jdb       +Charles A Smith,    April M Smith,    79 McDonald Street,    Washington, NJ 07882-1230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2018 at the address(es) listed below:

          Albert    Russo    docs@russotrustee.com  
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to  
           Chevy Chase Funding LLC Mortgage Backed   Certificates Series 2006-2 dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent  
           for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee  
           for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com,  
           NJ_ECF_Notices@McCalla.com  
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent  
           for Wilmington Trust, National Association, as Successor Trustee to Citibank N.A., as Trustee  
           for Bear Stearns Asset Backed Securities, Series 2007-2 NJ_ECF_Notices@McCalla.com,  
           NJ_ECF_Notices@McCalla.com  
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing as Servicer for U.S.  
           Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed  
           Certificates Series 2006-2 NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com  
          Joan Sirkis Warren    on behalf of Joint Debtor April M Smith joan@joanlaverylaw.com  
          Joan Sirkis Warren    on behalf of Debtor Charles A Smith joan@joanlaverylaw.com  
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee relating  
           to Chevy Chase Funding LLC Mortgage Backed   Certificates Series 2006-2 rsolarz@kmllawgroup.com  
                                                                                                                          TOTAL: 9