| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Charles A Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4120<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | April M Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0066<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–26928–CMG | | |

# Order of Discharge                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles A Smith                                                April M Smith

10/19/20                                                       **By the court:** <u>Christine M. Gravelle</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Charles A Smith  
April M Smith  
    Debtor(s)

Case No. 16-26928-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Oct 19, 2020      Form ID: 3180W      Total Noticed: 64

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles A Smith, April M Smith, 79 McDonald Street, Washington, NJ 07882-1230 |
| cr | + | Specialized Loan Servicing LLC, as servicing agent, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | Specialized Loan Servicing as Servicer for U.S. Ba, P.O. Box 9013, Addison, TX 75001-9013 |
| lm | + | US BANK, 8742 Lucent Blvd. Suite 300, Highlands Ranch, CO 80129-2386 |
| 516374028 | | Advanced Gastroenterology & Nutrition, 1100 Wescott Drive, Suite 201, Flemington, NJ 08822-4600 |
| 516374029 | + | Advocare Pediatric Eye Associates, c/o Schlee & Stillman, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 516374031 | | Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 516374036 | + | Borough of Washington Municipal Sewer, 100 Belvidere Ave, Washington, NJ 07882-1417 |
| 516374037 | + | Bureau of Account Contr, PO Box 538, Howell, NJ 07731-0538 |
| 516374039 | + | CCS/First National Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 516374040 | + | Commonwealth Finance Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 516374042 | | Debt Recovery Solutions, LLC, PO Box 9001, Westbury, NY 11590-9001 |
| 516374035 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Blaze Mastercard, PO Box 2534, Omaha, NE 68103-2534 |
| 516374043 | + | Financial Recoveries, 200 E Park Dr, Ste 100, Mount Laurel, NJ 08054-1297 |
| 516374044 | | First National Credit Card, PO Box 2496, Omaha, NE 68103-2496 |
| 516374048 | + | Hillcrest Emergency Serivces Group, 507 Prudential Road, Horsham, PA 19044-2308 |
| 516374051 | + | Hunterdon Medical Center, 2100 Wescott Drive, Flemington, NJ 08822-4604 |
| 516374050 | | Hunterdon Medical Center, PO Box 48096, Newark, NJ 07101-4895 |
| 516374054 | + | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 516374055 | + | JW Anesthesia, c/o Michael Harrison Esq, 3155 State Route 10, Suite214, Denville, NJ 07834-3430 |
| 516418367 | + | Jersey Central Power & Light, C/O First Energy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 516374057 | + | Lakeside Endontics, 143 Lakeside Blvd, Landing, NJ 07850-1123 |
| 516374059 | + | Merchants Credit Guide Co, 223 W. Jackson Blvd, #700, Chicago, IL 60606-6914 |
| 516374063 | + | Pendrick Capital Partners, PO Box 1116, Charlotte, NC 28201-1116 |
| 516374065 | | Progressive Physician Associates, PO Box 20647, Lehigh Valley, PA 18002-0647 |
| 516374067 | + | Specialized Loan Servicing, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |
| 516374068 | + | St Luke's Warren Hospital, PO Box 824039, Philadelphia, PA 19182-4039 |
| 516374069 | | The Doctor Is In, PA, 149M Highway 31, Flemington, NJ 08822 |
| 516571935 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516374072 | + | US Bank National, c/o Parker McCay, 9000 Midlantic Drive Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 516374073 | + | Washington Borough Tax Collector, 100 Belvidere Ave, Washington, NJ 07882-1417 |
| 518267452 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 16-26928-CMG    Doc 70    Filed 10/21/20    Entered 10/22/20 00:40:28    Desc Imaged
                               Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: 3180W | Total Noticed: 64 |

| | | | |
|---|---|---|---|
| 516374027 | Email/Text: mpieslak@trafgroup.org | Oct 19 2020 21:51:00 | A-1 Collection Service, PO Box 6009, Lawrence Township, NJ 08648-0009 |
| 516374030 | Email/Text: ebn@americollect.com | Oct 19 2020 21:51:00 | Americollect, Inc., 1851 S. Alverno Road, PO Box 1566, Manitowoc, WI 54221 |
| 516374032 | EDI: TSYS2.COM | Oct 20 2020 01:23:00 | Barclay Card US Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 516374033 | + EDI: TSYS2.COM | Oct 20 2020 01:23:00 | Barclays Bank of Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 516374034 | + EDI: CITICORP.COM | Oct 20 2020 01:23:00 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 516374038 | EDI: CAPITALONE.COM | Oct 20 2020 01:23:00 | Capital One Bank USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 516374041 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 19 2020 21:58:36 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 516374045 | EDI: AMINFOFP.COM | Oct 20 2020 01:23:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 516453858 | + EDI: CBS7AVE | Oct 20 2020 01:23:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516374046 | + EDI: CBS7AVE | Oct 20 2020 01:23:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 516374049 | EDI: HFC.COM | Oct 20 2020 01:23:00 | HSBC, PO Box 15524, Wilmington, DE 19850 |
| 516374047 | Email/Text: lori.rudolph@atlantichealth.org | Oct 19 2020 21:51:00 | Hackettstown Regional Medical Center, PO Box 2, Hackettstown, NJ 07840-0002 |
| 516374052 | + EDI: IIC9.COM | Oct 20 2020 01:23:00 | IC System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 516374053 | EDI: IRS.COM | Oct 20 2020 01:23:00 | Internal Revenue Service-new, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516374056 | Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2020 21:50:00 | Kohl's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 516374058 | + EDI: LTDFINANCIAL.COM | Oct 20 2020 01:23:00 | LTD Financial Services, L.P., 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 516522786 | + EDI: MID8.COM | Oct 20 2020 01:23:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516374060 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2020 21:59:14 | Merrick Bank, PO Box 23356, Pittsburgh, PA 15222-6356 |
| 516374061 | EDI: MID8.COM | Oct 20 2020 01:23:00 | Midland Credit Management, Inc, PO Box 60578, Los Angeles, CA 90060-0578 |
| 516374062 | EDI: MID8.COM | Oct 20 2020 01:23:00 | Midland Funding LLC, PO Box 60578, Los Angeles, CA 90060-0578 |
| 516374064 | EDI: PRA.COM | Oct 20 2020 01:23:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 516597256 | EDI: PRA.COM | Oct 20 2020 01:23:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 516594253 | EDI: PRA.COM | Oct 20 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516597412 | EDI: PRA.COM | Oct 20 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 516580539 | + EDI: JEFFERSONCAP.COM | Oct 20 2020 01:23:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |

Case 16-26928-CMG    Doc 70    Filed 10/21/20    Entered 10/22/20 00:40:28    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: 3180W | Total Noticed: 64 |

| 516374066 | + Email/Text: info@fullcirclecollectionsllc.com | Oct 19 2020 21:52:00 | SharkNinja Operating LLC, c/o Full Circle Financial Services, LLC, PO Box 2438, Largo, FL 33779-2438 |
| 516374070 | + Email/Text: bankruptcydepartment@tsico.com | Oct 19 2020 21:51:00 | Transworld Systems Inc, PO Box 15520, Wilmington, DE 19850-5520 |
| 516374071 | + Email/Text: bankruptcydepartment@tsico.com | Oct 19 2020 21:51:00 | Transworld Systems Inc, PO Box 15609, Wilmington, DE 19850-5609 |
| 516374074 | EDI: WFFC.COM | Oct 20 2020 01:23:00 | Wells Fargo Auto Finance, PO Box 29704, Phoenix, AZ 85038-9704 |
| 516412628 | EDI: WFFC.COM | Oct 20 2020 01:23:00 | Wells Fargo Bank, N.A., POB 19657, Irvine, CA 92623-9657 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Specialized Loan Servicing LLC, as servicing agent, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517085172 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| jdb | *+ | April M Smith, 79 McDonald Street, Washington, NJ 07882-1230 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2020                              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francesca Ann Arcure | on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Wilmington Trust, National Association, as |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Oct 19, 2020 | Form ID: 3180W | Total Noticed: 64

| | |
|---|---|
| | Successor Trustee to Citibank N.A., as Trustee for Bear Stearns Asset Backed Securities, Series 2007-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Francesca Ann Arcure | |
| | on behalf of Creditor Specialized Loan Servicing as Servicer for U.S. Bank National Association as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com |
| Joan Sirkis Warren | |
| | on behalf of Joint Debtor April M Smith joan@joanlaverylaw.com |
| Joan Sirkis Warren | |
| | on behalf of Debtor Charles A Smith joan@joanlaverylaw.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor U.S. Bank National Association as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2006-2 rsolarz@kmllawgroup.com |

TOTAL: 9